■ LITHOCHROME CORPORATION, INC., Respondent, v ROCHESTER MONOTYPE COMPOSITION Co., INC., et al., Appellants and Third-Party Plaintiffs-Appellants. JAMES LEWANDOWSKI et al., Third-Party Defendants-Respondents. [705 NYS2d 481] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, VanStrydonck, J. (Appeal from Order of Supreme Court, Monroe County, VanStrydonck, J.—Summary Judgment.) Present—Hayes, J. P., Wisner, Pigott, Jr., Scudder and Lawton, JJ.